**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RONALD HAPPE, | ) | Case No. 24-22039-C-7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DGNC HOMES, LLC, | ) | Adversary No. 24-02218 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RONALD HAPPE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JUDGMENT**

Trial having been conducted in this adversary proceeding and Findings of Fact and Conclusions of Law having been orally entered on the record pursuant to Federal Rule of Civil Procedure 52, as incorporated by Federal Rule of Bankruptcy Procedure 7052 on May 27, 2026:

IT IS ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Defendant on all counts.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the debt owed by Defendant, Ronald Happe, to Plaintiff, DGNC Homes, LLC, is hereby DISCHARGED.

Dated: May 28, 2026

_____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Jorge A. Gaitan
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

Ronald Happe
PO Box 1571
Fair Oaks, CA 95628